FILED
CLERK U.S. DISTRICT COURT

JAN 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE B. WILSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES YATES, Warden,<br><br>　　　　Respondent. | Case No. CV 05-4496 RSWL(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections thereto. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation and overrules Petitioner's Objections thereto.

　　IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: Jan 25, 2008

RONALD S.W. LEW

HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE