JS-6

FILED
CLERK U.S. DISTRICT COURT

JAN 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE B. WILSON, | Case No. CV 05-4496 RSWL(JC) |
| Petitioner, | (~~PROPOSED~~) |
| v. | JUDGMENT |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: Jan 25, 2008

RONALD S.W. LEW

HONORABLE RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE